FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y

★ SEP 1 2 2005 ★

BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

JUDGMENT
04-MD-01596 (JBW)

-------------------------------------------------------------------X

THIS DOCUMENT RELATES TO:

*Cooper v. Eli Lilly & Co.*, 1:04-cv-1611

-------------------------------------------------------------------X

        An Order of Honorable Jack B. Weinstein, United States District Judge, having

been filed on September 9, 2005, granting Mark Burton, Rachel Abrams, and Justin Morgan

motion to withdraw as counsel of record in the action; dismissing the case for failure to

prosecute with leave to reinstate with an affidavit by new counsel within one year; and

ordering that no costs or disbursements are awarded; it is

        ORDERED and ADJUDGED that Mark Burton, Rachel Abrams, and Justin

Morgan motion to withdraw as counsel of record in the action is granted; that the case is

dismissed for failure to prosecute with leave to reinstate with an affidavit by new counsel

within one year; and that no costs or disbursements are awarded.


Dated:  Brooklyn, New York
        September 09, 2005

                                        ROBERT C. HEINEMANN
                                        Clerk of Court